UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　Debtor,<br>―――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LAZY M, LLC,<br><br>　　　　　　　　Defendant. | NO: 12-CV-668-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80125-PCW11<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS TOBY CORIELL AND MARIA CORIELL |

This matter came before the Court pursuant to the Stipulated Motion of Dismissal only as to Defendants Toby Coriell and Maria Coriell, filed by Plaintiff. ECF No. 48. Having reviewed the stipulation, the files, and the pleadings on record, the Court finds good cause to grant the motion.

/ / /

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS TOBY CORIELL AND MARIA CORIELL ~ 1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Stipulated Motion to Dismiss Defendants Toby Coriell and Maria Coriell, **ECF No. 48**, is **GRANTED**.

2. Only Defendants Toby Coriell and Maria Coriell are dismissed, with prejudice, with each party to bear its own attorney fees and costs.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order, to terminate Defendants Toby Coriell and Maria Coriell, and to provide copies of this Order to counsel and to pro se Defendants.

**DATED** this 18th day of June 2014.

> *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> Chief United States District Court Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS TOBY CORIELL AND MARIA CORIELL ~ 2