UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                 Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                 Plaintiff,<br>v.<br><br>LAZY M, LLC, et al.,<br><br>                 Defendants. | NO: 12-CV-668-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80125-PCW11<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS DAVID WARES AND LISA WARES |

    Before the Court is a Stipulated Motion to Dismiss David Wares and Lisa Wares as defendants in this matter, ECF No. 94, pursuant to the settlement agreement reached between the respective parties.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS
DAVID WARES AND LISA WARES ~ 1

1  Having reviewed the motion and relevant filings, and being fully informed,
2  the Court finds that the terms of the dismissal are proper. *See* Fed. R. Civ. P.
3  41(a)(2). Accordingly, **IT IS HEREBY ORDERED**:
4      1. Plaintiff's Stipulated Motion, **ECF No. 94**, is **GRANTED**.
5      2. David Wares and Lisa Wares are hereby dismissed as defendants in this
6         matter with prejudice and without costs to either party.
7  The District Court Clerk is directed to enter this Order, to **terminate David**
8  **Wares and Lisa Wares** as defendants in this case, and to provide copies of this
9  Order to counsel and to any pro se defendants.
10     **DATED** this 29th day of October 2014.

           *s/ Rosanna Malouf Peterson*
           ROSANNA MALOUF PETERSON
           Chief United States District Court Judge