UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>      Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>LAZY M, LLC, et al.,<br><br>      Defendants. | NO: 2:12-CV-668-RMP<br><br>Bankr. Case No. 09-06194-FPC11<br><br>Adv. Proc. No. 11-80125-FPC11<br><br>JUDGMENT AND JUDGMENT SUMMARY AGAINST DAVID AND SHELLY ARMSTRONG |

**JUDGMENT SUMMARY**

1. Judgment Creditor-   Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

2. Attorneys for Judgment Creditor- Witherspoon Kelley

JUDGMENT AND JUDGMENT SUMMARY AGAINST DAVID AND SHELLY ARMSTRONG ~ 1

| | | | |
|---|---|---|---|
| 3. | Judgment Debtors- | David and Shelly Armstrong | |
| 4. | Attorneys for Judgment Debtors: | Pro Se | |
| 5. | Judgment Amount (Principal)- | $495,442.56 USD | |
| 6. | Prejudgment Interest (0.47% from July 21, 2009, through June 16, 2015)- | $13,754.57 USD | |
| 7. | Total Judgment- | $509,197.13 USD | |
| 8. | Plus taxable costs in the amount to be determined by the Court- | | |
| 9. | Interest Rate on Judgment- | .24% (28 U.S.C. § 1961) | |

Plaintiff filed Notice of Presentment of Judgment pursuant to Fed. R. Civ. P. 52(a)(1) and 58(a), (d). ECF No. 134. After a bench trial that began on January 20, 2015, the Court entered Findings of Fact and Conclusions of Law, ECF No. 133, which are fully incorporated here with the same force and effect as if set forth verbatim. The Court being fully informed, **IT IS HEREBY ORDERED** that: 1. Plaintiff, Bruce P. Kriegman, solely in his capacity as Liquidating Trustee of LLS America, LLC as consolidated, is hereby awarded Judgment against defendants David and Shelly Armstrong, jointly and severally, as follows:

| | | | |
|---|---|---|---|
| a. | Judgment | | $495,442.56 USD |
| b. | Prejudgment interest (0.47% per annum from July 21, 2009, to June 16, 2015)- | | $13,754.57 USD |

JUDGMENT AND JUDGMENT SUMMARY AGAINST DAVID AND SHELLY ARMSTRONG ~ 2

      c.      Plus taxable costs in the amount to be determined by the Court;

      d.      Plus post-judgment interest from the date of Judgment until fully paid at the federal rate of 0.24% per annum (28 U.S.C. § 1961).

**IT IS SO ORDERED**.

The District Court Executive is directed to enter this Judgment and provide copies to counsel, to pro se Defendants, and to Judge Frederick P. Corbit.

**DATED** this 16th day of June 2015.

                        *s/ Rosanna Malouf Peterson*
                        ROSANNA MALOUF PETERSON
                        Chief United States District Court Judge