UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>      Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>LAZY M, LLC, et al.,<br><br>      Defendants. | NO: 2:12-CV-668-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80125-PCW11<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT MARK TRIKOWSKY |

Before the Court is Plaintiff's Motion for Order of Dismissal of Defendant Mark Trikowsky, ECF No. 157. Plaintiff submits that Mr. Trikowsky filed for bankruptcy in British Columbia and has received a discharge. The Court has reviewed the file, is fully informed, and finds good cause to grant the motion.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT
MARK TRIKOWSKY ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Order of Dismissal of Defendant Mark Trikowsky, **ECF No. 157**, is **GRANTED**.

2. Mark Trikowsky is hereby dismissed as a defendant in this matter with prejudice and without costs to either party.

The District Court Clerk is directed to enter this Order, to **terminate Mark Trikowsky** as a defendant in this case, and to provide copies of this Order to counsel and to any pro se defendants.

**DATED** this 18th day of September 2015.

>    *s/ Rosanna Malouf Peterson*
>    ROSANNA MALOUF PETERSON
>    Chief United States District Court Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT MARK TRIKOWSKY ~ 2